UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
PIKEVILLE DIVISION
ELECTRONICALLY FILED

CIVIL ACTION NO: 10-_____

ERNEST POTTER                                                              PLAINTIFF

VS:                                    **COMPLAINT**

UNITED STATES OF AMERICA

    Serve:    KERRY B. HARVEY
                  CHIEF U.S. ATTORNEY
                  C/O CIVIL PROCESS CLERK
                  SUITE 300, 260 WEST VINE STREET
                  LEXINGTON, KY 40507

and

    Serve:    ERIC H. HOLDER, JR.
                  ATTORNEY GENERAL OF THE UNITED STATES
                  950 PENNSYLVANIA AVE., NW
                  WASHINGTON, D.C. 20530

and

    Serve:    ANGELA D. COLLINS
                  DEPARTMENT OF THE ARMY
                  ARMY CORPS OF ENGINEERS
                  502 8TH STREET
                  HUNTINGTON, WV 25701                           DEFENDANT

**** **** **** ****

    Comes the Plaintiff, by and through counsel, and for the claims and causes of action against the Defendant herein, states as follows:

## PARTIES

1. The Plaintiff Ernest Potter was at all times relevant herein a resident of 1784 Bowling Fork Rd., Elkhorn City, Pike County, Kentucky 41522.

2. Defendant, United States of America, has been named pursuant to the Federal Torts Claims Act. Summons should be issued to Kerry B. Harvey, Chief U.S. Attorney for the Eastern District of Kentucky, c/o his civil process clerk, Suite 300, 260 West Vine Street, Lexington, KY 40507-1612 AND to Eric H. Holder, Jr., Attorney General of the United States, 950 Pennsylvania Avenue, NW, Washington, DC 20530-0001 and Angela D. Collins, Department of Army, Army Corps of Engineers, 502 8th Street, Huntington, West Virginia 25701.

## BACKGROUND

3. This action arises out of a motor vehicle wreck which occurred on June 22, 2009 on the public highway in Pike County Kentucky, between a vehicle driven by Plaintiff Ernest Potter and a vehicle owned by the U.S. Army Corps of Engineers and operated by an employee of the U.S. Army Corps of Engineers, Robert W. Coleman.

4. That on that date and the place set out above, Robert W. Coleman was acting within the scope of his employment and service to the U.S. Army Corps of Engineers.

5. That on that date and at the place set out above, Robert W. Coleman was operating a Chevrolet C/K 2500 with express and/or

implied permission and consent of the vehicle's owner, the U.S. Army Corps of Engineers, on US 460 Millard in Pike County, Kentucky.

6. That on that date and the place set out above, Plaintiff Ernest Potter was operating his motor vehicle with all due care on a public highway, being US 460, Millard in Pike County, Kentucky.

7. That on that date and at the place set out above, Robert W. Coleman was operating his vehicle in such a negligent manner so as to cause it to collide with the vehicle occupied by Plaintiff, Ernest Potter, thereby causing the Plaintiff to suffer serious and permanent injuries to his body, and total loss to his vehicle.

## JURISDICTION AND VENUE

8. That jurisdiction for the Plaintiff's claims and causes of action against the United States fall within the original jurisdiction of the U.S. District Courts pursuant to 28 U.S.C. §1346(b)(1).

9. This case has been filed pursuant to the mandates of the Federal Torts Claims Act, 28 U.S.C. §§2671-2680, and the applicable Administrative Regulations.

10. That prior to the commencement of this civil action, fully completed Standard Form 95 and supporting attachments were presented to the appropriate Federal Agency, namely the Army Corps of Engineers, Huntington District, Corps of Engineers for each of the claims and causes of actions listed below on behalf of

Plaintiff pursuant to the mandates of the Federal Tort Claims Act and the applicable Administrative Regulations.

11. That six (6) months have passed since the receipt of the above-reference Standard Form 95 and supporting attachments by the Army Corps of Engineers without resolution of the Plaintiff's claims.

12. That as a direct and proximate result of the negligence of Robert W. Coleman in operating his motor vehicle, Plaintiff, Ernest Potter has suffered permanent bodily injury, medical expenses, past and future pain and suffering, past and future loss of earnings ability, lost wages and property damage, and other consequential damages.

13. That Plaintiff is a resident of Pike County Kentucky, and all acts complained of herein occurred in Pike County Kentucky. Pike County Kentucky is situated within the Eastern District of Kentucky jurisdictional district. Venue in this court is proper pursuant to 28 U.S.C. 1402(b).

WHEREFORE, the Plaintiff does respectfully pray as follows:

1. That the Clerk of this Court issue Summons to Defendant United States of America, Kerry B. Harvey, Chief U.S. Attorney for the Eastern District of Kentucky, c/o his civil process clerk, Suite 300, 260 West Vine Street, Lexington, KY 40507-1612 AND to Eric H. Holder, Jr., Attorney General of the United States, 950 Pennsylvania Avenue, NW, Washington, DC 20530-0001., and to Angela

D. Collins, Department of Army, Army Corps of Engineers, 502 8th Street, Huntington, West Virginia 25701, and direct a copy thereof, along with a copy of this Complaint.

2. Judgment against Defendant, United States of America, in favor of Plaintiff Ernest Potter in an amount which is determined as being fair and reasonable by all the evidence, for the following elements of damages:

(A) past and future mental and physical pain, suffering, anguish and inconvenience endured by the Plaintiff Ernest Potter;

(B) past and future medical expenses incurred by the Plaintiff Ernest Potter;

(C) compensation for impairment of the Plaintiff Ernest Potter's power to earn money, past and future.

(D) reimbursement for the total loss of Plaintiff's automobile, including towing, rental, storage, and other consequential damages.

3. Post-judgement interest.

4. Plaintiff's costs expended herein.

5. And any and all other relief to which Plaintiff may be entitled.

```
                              GARY C. JOHNSON, P.S.C.
                              110 CAROLINE AVENUE
                              P. O. BOX 231
                              PIKEVILLE, KY 41502
                              TELEPHONE: 606-437-4002


                         BY:  /s/ANITA JOHNSON
```